593 P.2d 280

Steven H. **GREENFIELD**, Burton J. Greenfield and Helen P. Greenfield, his wife, Appellants and Cross-Appellees,

v.

Douglas Ellis **CHEEK**, Appellee and Cross-Appellant.

No. 14074–PR.

Supreme Court of Arizona, In Banc.

March 23, 1979.

Dushoff & Sacks by David C. Tierney, Phoenix, for appellants and cross-appellees.

**58**

Filipe K. Johannson, Phoenix, and Richard A. Nulle, Scottsdale, for appellee and cross-appellant.

CAMERON, Chief Justice.

The petition for review is granted. The decision of the Court of Appeals in *Greenfield v. Cheek,* 122 Ariz.App. 70, 593 P.2d 293 (1978) is approved and adopted as the opinion of this court. Anything to the contrary in *Washington National Corp. v. Thomas,* 117 Ariz. 95, 570 P.2d 1268 (App. 1977) and *Baker v. Walston & Co., Inc.,* 7 Ariz.App. 590, 442 P.2d 148 (1968) is hereby disapproved.

STRUCKMEYER, V. C. J., and HAYS, HOLOHAN and GORDON, JJ., concur.